UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAT 5 GLOBAL, LLC** | **CIVIL ACTION NO: 23-CV-2642** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **LOUISIANA INSURANCE GUARANTY ASSOCIATION** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## ORDER AND REASONS

Before the Court is a Motion to Remand filed by Plaintiff Cat 5 Global, LLC ("Plaintiff"). R. Doc. 7. In its motion, Plaintiff argues the Court lacks subject matter jurisdiction over this suit, which was removed pursuant to diversity jurisdiction, because the amount in controversy does not exceed $75,000, and because the parties to the suit are not completely diverse. *See* 28 U.S.C. § 1332 (federal courts have original jurisdiction over matters where the amount in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states). Alternatively, Plaintiff urges the Court to remand on procedural grounds, arguing the removal by Defendant Louisiana Insurance Guaranty Association ("Defendant") was untimely and violated the forum defendant rule. *See* 28 U.S.C. § 1441(b)(2). Defendant filed a response to Plaintiff's motion noting it "agree[s]" and "accept[s]" the amount in controversy falls below the jurisdictional threshold required by 28 U.S.C. § 1332—the only statute under which this suit was removed. Defendant then notes it "joins in and does not oppose Plaintiff's Motion to Remand." R. Doc. 9 at 2. Accordingly,

**IT IS ORDERED** Plaintiff's Motion to Remand (Record Document 7) is **GRANTED**. This matter shall be remanded to the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana.

New Orleans, Louisiana, this 20th day of September 2023.

                                                **DARREL JAMES PAPILLION**
                                                **UNITED STATES DISTRICT JUDGE**